# United States District Court

FOR THE

**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

DWAYNE RICHARDSON

DEFENDANT(S).

---

## INDICTMENT

26 U.S.C. § 7201 – Tax Evasion

**FILED**

Jun 27 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

---

A true bill.

/s/ Foreperson of the Grand Jury

Foreman

Filed in open court this <u>27th</u> day of

<u>June 2023</u>.

Clerk

Bail, $ <u>Arrest Warrant</u>

Hon. Sallie Kim, U.S. Magistrate Judge

1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney

**FILED**

Jun 27 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO.   3:23-cr-00196 WHA |
|---|---|---|
| Plaintiff, | ) | |
| | ) | <u>VIOLATIONS</u>: |
| v. | ) | 26 U.S.C. § 7201 – Tax Evasion |
| | ) | |
| DWAYNE RICHARDSON, | ) | |
| | ) | SAN FRANCISCO VENUE |
| Defendant. | ) | |
| | ) | |

<u>I N D I C T M E N T</u>

The Grand Jury charges:

<u>COUNTS ONE THROUGH THREE</u>:     (26 U.S.C. § 7201 – Tax Evasion)

From in or about January 2017, through in or about September 2020, in the Northern District of California and elsewhere, the defendant,

DWAYNE RICHARDSON,

a resident of San Francisco, California, and New York, New York, willfully attempted to evade and defeat income tax due and owing by him to the United States of America, for the calendar years set forth below, by committing the following affirmative acts, among others:

(a) Defendant RICHARDSON prepared and caused to be prepared, and signed and caused to be signed, a false and fraudulent U.S. Individual Income Tax Return, Form 1040, which was submitted to the Internal Revenue Service ("IRS").  On the tax returns, defendant

INDICTMENT

RICHARDSON reported and caused to be reported that, for the calendar years set forth below, his taxable income and the amount of tax due and owing was as set forth below. In fact, defendant RICHARDSON knew his taxable income for those calendar years was greater than the amount reported on the respective tax returns, and as a result of such additional taxable income, there was substantial additional tax due and owing to the United States of America for each of the calendar years set forth below;

(b) Defendant Richardson reported and caused to report on the tax returns for the calendar years set forth below, that his claimed medical expense deductions were as set forth below. In fact, defendant Richardson knew that his claimed medical expense deductions for those calendar years were false;

(c) On or about August 26, 2020, while in San Francisco, California, defendant RICHARDSON made false representations to an IRS Revenue Agent regarding, among other things, the source of his claimed medical expenses on his tax returns for calendar years 2017 through 2019 and whether he had assistance in preparing his tax returns; and

(d) On or about September 17, 2020, while in San Francisco, California, defendant RICHARDSON made false representations to an IRS Revenue Agent regarding, among other things, the source of his claimed medical expenses on his tax returns for calendar years 2017 through 2019.

| COUNT | CALENDAR YEAR | APPROXIMATE DATE OF FILING | ADJUSTED GROSS INCOME | REPORTED MEDICAL EXPENSE DEDUCTION | REPORTED TAXABLE INCOME | REPORTED TAX DUE |
|---|---|---|---|---|---|---|
| ONE | 2017 | 4/1/2018 | $445,473 | $251,590 | $111,140 | $25,467 |
| TWO | 2018 | 2/13/2019 | $241,560 | $241,883 | $0 | $1,015 |
| THREE | 2019 | 2/14/2020 | $548,626 | $553,853 | $0 | $2,014 |

All in violation of 26 U.S.C. § 7201.

//
//
//
//

INDICTMENT                                                    2

1 | DATED: June 27, 2023                          A TRUE BILL.

3                                      */s/ Foreperson*
                                          FOREPERSON
4                                      SAN FRANCISCO

5 ISMAIL J. RAMSEY
United States Attorney

7 */s/ Christopher J. Carlberg*
CHRISTOPHER J. CARLBERG
8 Special Assistant United States Attorney

INDICTMENT                          3

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

## OFFENSE CHARGED

26 U.S.C. § 7201 – Tax Evasion

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
- Imprisonment: 5 years
- Fine: $250,000
- Supervised Release: 3 years
- Special Assessment: $100
- Restitution

**DEFENDANT - U.S**
▶ Dwayne Richardson

**DISTRICT COURT NUMBER**
3:23-cr-00196 WHA

**FILED**
Jun 27 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)
IRS Criminal Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form: Ismail J. Ramsey
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Christopher J. Carlberg

## DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction   ☐ Federal   ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No
If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:    Before Judge:

Comments: