# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

**FILED**

Jun 27 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

**_Instructions:_** _Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case._

| | | | | |
|---|---|---|---|---|
| **CASE NAME:** | | **CASE NUMBER:** | 3:23-cr-00196 WHA | |
| USA v.  DWAYNE RICHARDSON | | CR | | |
| **Is This Case Under Seal?** | Yes ✔ | No | | |
| **Total Number of Defendants:** | 1 ✔ | 2-7 | 8 or more | |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes | No ✔ | | |
| **Venue (Per Crim. L.R. 18-1):** | SF ✔ | OAK | SJ | |
| **Is this a potential high-cost case?** | Yes | No ✔ | | |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes | No ✔ | | |
| **Is this a RICO Act gang case?** | Yes | No ✔ | | |

**Assigned AUSA (Lead Attorney):**  Christopher J. Carlberg

**Date Submitted:** 6/27/2023

**Comments:**

RESET FORM          SAVE PDF