UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** September 24, 2024  **Time:** 7:30 – 12:40 = 4 Hours; 0 Minutes  **Judge:** William Alsup

**Case No.:** 23-cr-00196-WHA-1  **Case Name:** United States v. Dwayne Richardson

**Attorneys for Government:** Jared Buszin, Ryan Rezaei, Matthew Chou
**Attorneys for Defendant:** Michael Stepanian, Dena Young, Elizabeth Prehn
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X] Not in Custody

**Deputy Clerk:** Angella Meuleman          **Court Reporter:** Ana Dub
**Interpreter:**                             **Probation Officer:**

## PROCEEDINGS

1. Jury Trial - Held;
2. Charging Conference – Held.

## SUMMARY

Witnesses: Carleen Galetti, Ryan Schutz, Lilian Tsang, Constance Smith, Cas Mar.

Admitted Exhibits: 306, 308, 39, 43, 45, 182, 24, 70, 69, 64, 157, 177, 35, 36, 37, 158, 159, 161, 175, 172, 173, 174,

Government RESTS.

Oral Rule 29 Motion made by Dena Young, on behalf of the Defendant.   Court denied for reasons as stated on the record.

Defense RESTS.