UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 23-cr-00196-WHA-1
Case Name: USA v. Richardson

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: <br> **William Alsup** | PLAINTIFF ATTORNEYS: <br> Jared Buszin, Ryan Rezaei, Matthew Chou | DEFENSE ATTORNEYS: <br> Michael Stepanian, Dena Young, Elizabeth Prehn |
|---|---|---|
| TRIAL DATE: <br> 9/24/2024 | REPORTER(S): <br> Ana Dub | CLERK: <br> Angella Meuleman |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7:30 a.m. | | | Court in session.  Witness, **Carleen Galetti**, approached the witness stand and sworn for testimony.  Direct examination of witness by Court outside presence of jury. | |
| | | 7:41 a.m. | | | Cross-examination of witness by Mr. Stepanian outside presence of jury. | |
| | | 7:54 a.m. | | | Direct examination of witness by Jared Buszin outside presence of jury. | |
| | | 7:56 a.m. | | | Witness thanked and asked to remain available. | |
| | | | | | Further housekeeping matters discussed with parties outside presence of jury.  Court will give curative instruction to the jury. | |
| | | 8:05 a.m. | | | Jury present.  Court reads aloud curative instruction and admonition to jury. | |
| | | | | | Witness, **Ryan Schutz**, on witness stand and previously sworn for testimony.  Cross-examination of witness by Mr. Stepanian. | |
| | 306 | | X | X | Copy of amended tax returns. | |
| | 308 | | X | X | Copy of amended tax returns. | |
| | | 8:50 a.m. | | | Re-direct examination of witness by Mr. Buszin. | |
| | | 8:57 a.m. | | | Re-cross examination of witness by Mr. Stepanian. | |
| | | | | | Exhibits 306 and 308 admitted. | |
| | | 8:58 a.m. | | | Witness thanked and asked to remain available. | |
| | | 9:00 a.m. | | | Witness, **Lilian Tsang**, approached the witness stand and sworn for testimony.  Direct examination of witness by Matthew Chou. | |
| 39 | | | X | X | Certified copy of Defendant's bankruptcy petition. | |
| 43 | | | X | X | Certified copy of Chapter 13 Standing Trustee's Final Report and Account. | |
| 45-1 45-2 | | | X | X | Audio Recordings of December 27, 2012 Meeting of Creditors for Defendant's Chapter 13 bankruptcy. | |

1

Case No: 23-cr-00196-WHA-1
Case Name: USA v. Richardson
Date: September 24, 2024
Courtroom Deputy: Angella Meuleman - Court Reporter: Ana Dub

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:24 a.m. | | | Witness thanked and excused. | |
| | | 9:25 a.m. | | | Jury excused for break. Housekeeping matters discussed outside presence of jury. | |
| | | 9:32 a.m. | | | Witness, **Constance Smith**, approached the witness stand and sworn for testimony outside presence of jury. Direct examination of witness by Ryan Rezaei. | |
| | | 9:37 a.m. | | | Cross-examination of witness outside presence of jury by Dena Young. | |
| | | 9:40 a.m. | | | Court thanked witness and asked to remain available. | |
| | | 9:40 a.m. | | | Court in recess. | |
| | | 9:56 a.m. | | | Court reconvened. Jury present. Court discussed next steps to the jury. | |
| | | 9:59 a.m. | | | Witness, **Constance Smith**, approached the witness stand and sworn for testimony. Direct examination of witness by Ryan Rezaei. | |
| 182 | | | X | X | Form 2848. | |
| | | 10:12 a.m. | | | Cross-examination of witness by Dena Young. | |
| | | 10:19 a.m. | | | Witness thanked and excused. | |
| | | 10:21 a.m. | | | Witness, **Cas Mar**, approached the witness stand and sworn for testimony. Direct examination of witness by Ryan Resaei. | |
| 24 | | | X | X | Defendant's 2016 resume. | |
| 70 | | | X | X | BCBS Explanation of Benefits – Dr. Clark. | |
| 69 | | | X | X | BCBS Explanation of Benefits – Alan Buschman. | |
| 64 | | | X | X | BCBS Explanation of Benefits – CPMC. | |
| 157 | | | X | X | Summary by Cas Mar. | |
| 177 | | | X | X | Spreadsheet re: claims submitted (2017, 2018, 2019). | |
| 35 | | | X | X | Summary – 2017 Medical and Pharmacy Transactions. | |
| 36 | | | X | X | Summary – 2018 Medical and Pharmacy Transactions. | |
| 37 | | | X | X | Summary – 2019 Medical and Pharmacy Transactions. | |
| 158 | | | X | X | Summary – 2017 Grandfather Nursing Home Expenses. | |
| 159 | | | X | X | Summary – 2018 Grandfather Nursing Home Expenses. | |
| 161 | | | X | X | Summary – 2019 Grandfather Nursing Home Expenses. | |

Case No: 23-cr-00196-WHA-1
Case Name: USA v. Richardson
Date: September 24, 2024
Courtroom Deputy: Angella Meuleman - Court Reporter: Ana Dub

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 175 | | | X | X | Summary – 2017-2019 2 combined expenses for health insurance claims, medical and pharmacy expenses, and nursing home expenses. | |
| 172 | | | X | X | 2017 – Special Agent Mar's recalculated 2017 return. | |
| 173 | | | X | X | 2018 – Special Agent Mar's recalculated 2018 return. | |
| 174 | | | X | X | 2019 – Special Agent Mar's recalculated 2019 return. | |
| | | 11:10 a.m. | | | Cross-examination of witness by Mr. Stepanian. | |
| | | 11:12 a.m. | | | Witness thanked and excused. | |
| | | 11:13 a.m. | | | The Government **RESTS**. Jury excused for break. | |
| | | 11:14 a.m. | | | Court in recess. | |
| | | 11:30 a.m. | | | Court reconvened. Housekeeping matters discussed with the Court outside presence of jury. Any reference to Carleen Galetti is excluded. Oral Rule 29 made by Dena Young, on behalf of the Defendant. Court denied for reasons as stated on the record. | |
| | | 11:38 a.m. | | | Jury present. Defense **RESTS**. Court clarified to jury next steps re: jury instructions and closing arguments. Jury admonished and excused for the day. | |
| | | 11:40 a.m. | | | Court in recess. | |
| | | 12:18 p.m. | | | Court reconvened. Charging conference discussed. | |
| | | 12:40 p.m. | | | Parties to return tomorrow, 9/25/2024, for closing arguments and further trial. Parties to have all admitted exhibits ready to display to jurors for deliberations electronically. Court in recess. | |